**GRANTED, and the complete copy of Plaintiff's First Amended Complaint shall be filed on or before May 27, 2010.**

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RALPH W. MELLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.   3:10-0243 |
| | ) | JUDGE WISEMAN/KNOWLES |
| HARE, WYNN, NEWELL | ) | |
| & NEWTON, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A
### COMPLETE COPY OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Comes now the Plaintiff, Ralph W. Mello, and hereby files this Motion for Leave to File a Complete Copy of Plaintiff's First Amended Complaint. In support of its Motion, Plaintiff states as follows:

1.      Defendant has indicated that the copy of the First Amended Complaint served upon it was missing page 2. (Document 8, ¶ 1).  Subsequently Plaintiff provided Defendant with another copy of the First Amended Complaint and exhibits which included the missing page 2.

2.      It is unclear to Plaintiff whether the copy of the First Amended Complaint filed with the Williamson County Chancery Court prior to Defendant removing this case from said court contains page 2 or not.

3.      The Agreed Case Management Order submitted by the parties in anticipation of a case management conference being held on May 3, 2010 provided that Plaintiff would be given a period of time to file a complete copy of

1